U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**
**February 16, 2007**
Clerk, U.S. Bankruptcy Court

1

**Below is an Order of the Court.**

2

3

4

5

6

7

ELIZABETH PERRIS
U.S. Bankruptcy Judge

8

9

10

11

12

UNITED STATES BANKRUPTCY COURT

13

FOR THE DISTRICT OF OREGON

14

15    *In re*                                    Case No.: 06-34011-elp11

16    GOODRICH TRADING COMPANY, INC.,            ORDER APPROVING APPLICATION
                                                 TO EMPLOY FIELD JERGER, LLP AS
17                                               COUNSEL FOR COMMITTEE OF
                  Debtors in Possession.         UNSECURED CREDITORS

18

19

20            This matter came before the Court on the Application of the Committee of Unsecured

21    Creditors for Approval of Employment of Field Jerger, LLP (the "Application") as counsel for

22    the committee of unsecured creditors and the accompanying Rule 2014 Verified Statement for

23    the Proposed Professional submitted by Field Jerger, LLP (the "Statement").  Based on the

24    Application and Statement, the Court finding that Field Jerger, LLP represents no interest

25    adverse to the debtor or its estate, that Field Jerger, LLP's employment as counsel is necessary

26

*In re Goodrich Trading Company, Inc., et al.*

Field Jerger, LLP
Attorneys at Law
610 SW Alder St., Ste. 910
Portland, OR 97205
Tel: (503) 228-9115
Fax: (503) 225-0276
E mail: law@joefield.com

and in the best interest of the debtor's estate and the creditors, and notice of the application being

sufficient, and for good cause shown, therefore,

IT IS SO ORDERED that the Official Committee of Unsecured Creditor is authorized to

employ Field Jerger LLP as its counsel effective as of February 14, 2007 subject to the

provisions of 11 U.S.C. § 330.

* * *

Presented by:

  /s/ Joseph A. Field____
Joseph A. Field, OSB #94071
Field Jerger, LLP
610 SW Alder Street, Ste. 910
Portland, OR 97205
Phone:  503.228.9115
Facsimile:  503.225.0276
E mail: joe@fieldjerger.com


cc:    M. Vivienne Popperl, Esq.
       Albert K. Kennedy, Esq.
       Joseph A. Field, Esq.

*In re Goodrich Trading Company, Inc., et al.*

Field Jerger, LLP
Attorneys at Law
610 SW Alder St., Ste. 910
Portland, OR 97205
Tel: (503) 228-9115
Fax: (503) 225-0276
E mail: law@joefield.com