Below is an Order of the Court.

_____
ELIZABETH PERRIS
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re ) | |
| GOODRICH TRADING COMPANY, INC. ) | Case No. 06-34011-elp7 |
| ) | |
| ) | APPLICATION TO EMPLOY ACCOUNTANT, |
| ) | **AND ORDER THEREON**; AND NOTICE OF |
| ) | INTENT TO COMPENSATE ACCOUNTANT |
| Debtor(s) ) | [FOR CHAPTER 7 CASES ONLY] |

The undersigned trustee applies to employ Kenneth E. Davis, a licensed accountant whose address is PO Box 1104, Oregon City, OR 97045, and certifies that:

1. The total compensation of the accountant, subject to final court approval, shall not exceed $ 2,300.00. If the trustee determines at a later date that fees may exceed said amount, trustee may file an amended application to employ accountant and order thereon. An increase must be authorized by court order entered before the services are provided.

2. The trustee will require the assistance of said accountant to provide the following services:

(A) Tax Return and Form Preparation (for each tax year describe the returns and forms to be prepared, the maximum compensation per tax year, and if the trustee is NOT required by law to file any of the forms and returns, why the trustee is undertaking the preparation):

Tax form 1120 for period ending on September 30, 2008

(B) Other Services (for each matter describe the matter, the anticipated cost of the services and the potential benefit to the estate):

3. The trustee selected said accountant because: Kenneth E. Davis has been previously employed in this matter and is in possession of necessary records of Debtor and has the experience necessary for the preparation of such forms.

4.  To the best of the trustee's knowledge said accountant has no connections with the entities listed in the verification below, except as described therein.

DATE: April 2, 2009                                           /s/ RODOLFO CAMACHO
                                                              RODOLFO CAMACHO, Trustee

    I, the accountant named above, verify that I will be the trustee's accountant; I have read 11 U.S.C. Sect. 101(14) and Sect. 327, and FRBP 2014(a); and my firm has no connections with the debtor(s), creditors, U.S. Trustee, Asst. U.S. Trustee, any employee of either the U.S. Trustee or Asst. U.S. Trustee, any District of Oregon Bankruptcy Judge, any other party in interest, or their respective attorneys or accountants, except as follows:

                                                              /S/ KENNETH DAVIS
                                                              Applicant

    IT IS ORDERED that employment of the above-named accountant is authorized with fees subject to review under 11 U.S.C. Sect. 330; IT IS FURTHER ORDERED, AND NOTICE IS GIVEN, that an order authorizing compensation within the above terms may be entered after a fee application [using LBF #345.7 if applicable to this case] which reflects work done on the service specified above is attached to a proposed order [using LBF #753.74] and submitted to the court, and without further notice, unless within 22 days of the date in the "Clerk" stamp on page 1 an interested party BOTH: (1) files a written objection thereto, setting forth the specific grounds for such objection, with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204; OR, if it begins with "6" or "7", mail to 405 E 8th Ave. #2600, Eugene OR 97401), AND (2) serves a copy on the trustee at PO Box 13897, Salem, OR 97309; and IT IS FURTHER ORDERED that if the amount in pt. 1. above exceeds $10,000.00, project billing is required unless otherwise ordered above.

###